**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**THOMAS CAMBELL, # 62117**                                                          **PETITIONER**

**vs.**                                       **CIVIL ACTION NO.: 3:16-CV-130-HTW-LRA**

**MARSHALL FISHER**                                                                  **RESPONDENT**

### ORDER ADOPTING REPORT AND RECOMMENDATION
### AND DISMISSING CASE

This matter comes before this court pursuant to the Report and Recommendation of the United States Magistrate Judge Linda Anderson **[Docket no. 15]** and the written objection of the petitioner to the proposed findings and recommendation [Docket no. 14]. Based upon the evidence therein contained, this court, having given full consideration to the aforesaid objection, finds the same not well taken. Therefore, the Report and Recommendation of the United States Magistrate Judge **[Docket no. 15]** is hereby ADOPTED as the order of this court.

Further, this court finds the Motion to Dismiss **[Docket no. 13]** filed by the Respondent to be well taken and hereby DISMISSES this lawsuit without prejudice. The parties are to bear their own costs.

**SO ORDERED, this this 29TH day of November, 2016.**

                              **s/ HENRY T. WINGATE**
                              **UNITED STATES DISTRICT COURT JUDGE**